| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Legal Officer |
| | NATIONAL PARK SERVICE |
| 3 | Legal Office |
| | P.O. Box 517 |
| 4 | Yosemite, California 95389 |
| | Telephone: (209) 372-0241 |
| 5 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number: 6:17-po-0030-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| RAYMOND M. MACY, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice. The defendant has provided proof of a valid driver's license and registration.

Dated: May 10, 2017      NATIONAL PARK SERVICE

                /S/ Susan St. Vincent
                Susan St. Vincent
                Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Macy, Case number 6:17-po-0030-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   May 11, 2017                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE